## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

    Chanelle R. Survillion

    Debtor(s)

Case No. 17 B 08572

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/18/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 08/02/2017.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,061.53 |
| Less amount refunded to debtor | $738.46 |
| **NET RECEIPTS:** | **$3,323.07** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,185.73 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $137.34 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,323.07** |

Attorney fees paid and disclosed by debtor:    $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAA Checkmate LLC | Unsecured | 2,171.93 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 732.18 | NA | NA | 0.00 | 0.00 |
| Allied Collection Services, Inc. | Unsecured | 831.21 | NA | NA | 0.00 | 0.00 |
| American Collection Co. | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Americash Loans | Unsecured | 1,988.45 | NA | NA | 0.00 | 0.00 |
| AR Concepts Inc. | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Co. | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| Atg Credit | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 1,898.42 | NA | NA | 0.00 | 0.00 |
| Brother Loan & Finance Company | Unsecured | 2,025.52 | NA | NA | 0.00 | 0.00 |
| Caine & Weber | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Celco | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Charter One Bank | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Chicagoland Advanced Pain Specialists | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| City of Aurora | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Department Of Finance | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CMRE Financial SVCS Inc | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 2,202.57 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 849.54 | 42,106.54 | 42,106.54 | 0.00 | 0.00 |
| Cook County Treasurer | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dan Lewinski | Unsecured | 2,736.00 | NA | NA | 0.00 | 0.00 |
| Element National Management | Unsecured | 2,110.00 | NA | NA | 0.00 | 0.00 |
| Fast Cash Advance, Inc. | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Hoevel & Associates P C | Unsecured | 4,677.77 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Revenue | Unsecured | 1,122.36 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Revenue | Unsecured | 1,476.38 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 1,885.32 | 1,885.32 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 26,673.40 | 4,223.52 | 4,223.52 | 0.00 | 0.00 |
| Internal Revenue Service | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Secured | 5,612.23 | 18,638.26 | 18,638.26 | 0.00 | 0.00 |
| Internal Revenue Service | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 15,085.01 | 15,085.01 | 0.00 | 0.00 |
| Jefferson Capital Systems | Unsecured | 436.38 | NA | NA | 0.00 | 0.00 |
| MacNeal Hospital | Unsecured | 157.95 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 731.10 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services, Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection, Inc. | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Nicor | Unsecured | 801.39 | NA | NA | 0.00 | 0.00 |
| Prentiss Creek Apartments | Unsecured | 551.98 | NA | NA | 0.00 | 0.00 |
| Progressive Leasing | Unsecured | 952.92 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | 887.75 | NA | NA | 0.00 | 0.00 |
| Sir Finance Corp | Unsecured | 1,708.00 | NA | NA | 0.00 | 0.00 |
| Stone Park Police Department | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| The Bureaus | Unsecured | 1,081.18 | NA | NA | 0.00 | 0.00 |
| The CBE Group | Unsecured | 871.14 | NA | NA | 0.00 | 0.00 |
| US BANK HOGAN LOC | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Village of Broadview | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $60,744.80 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$60,744.80** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $15,085.01 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$15,085.01** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$6,108.84** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,323.07 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$3,323.07** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/06/2017    By: /s/ Marilyn O. Marshall
                 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**